IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **DONNA O. MEYER, as Parent and Next Friend of KARL MITCHELL THOMPSON, deceased,** | * * * * |
| Plaintiff, | * * |
| v. | * CIVIL ACTION NO. 7:15-cv-00082-HL |
| | * |
| **PHILLIP HOWARD ELY, DAVIS TRANSFER COMPANY, and AMERICAN INTER-FIDELITY EXCHANGE,** | * * * * |
| Defendants. | * |

## ORDER

Presently pending before the Court is the parties' Joint Motion to Remand. The Plaintiff filed this action against the Defendants in the State Court of Lowndes County, Georgia. Thereafter, the Defendants removed the action to this Court on the basis of diversity jurisdiction. (Doc. 1).

The parties consent to a remand of the above-styled case to the State Court of Lowndes County, Georgia. Accordingly, it is hereby **ORDERED** that this action is **REMANDED** to the State Court of Lowndes County, Georgia. It is **FURTHER ORDERED** that this Order shall be served upon the Clerk of Court for State Court of Lowndes County, Georgia. Finally, the Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 10th day of June, 2015.

/s/ Hugh Lawson
**HUGH LAWSON, SENIOR JUDGE**